Death Opinion














IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






PD-0646-10





VICKY JEAN GUTZKE, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FOURTH OF APPEALS


BEXAR COUNTY






 Per curiam.


O P I N I O N



 

 Appellant was convicted of DWI and placed on community supervision. Her community
supervision was revoked and she was sentenced to six years' imprisonment. The judgment was
affirmed on appeal. Gutzke v. State, 04-09-00327-CR (Tex. App.-San Antonio March 10, 2010)(not
designated for publication). Appellant filed a petition for discretionary review which we granted. 

 Appellant has now filed a motion to dismiss her petition. We hereby grant appellant's
motion, and the petition is dismissed.


DELIVERED MARCH 16, 2010

DO NOT PUBLISH